# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OFKANSAS

JOSHUA WILLIAMS, by and through )
KRISTIN ROTH, Guardian and Next Friend. )
)
Plaintiff, )
)
v. ) Case No. 2:23-cv-02520-JWB-TJJ
)
CITY OF WICHITA, KANSAS, )
Defendant. )
_____)

## MOTION FOR LEAVE TO DISMISS

**COMES NOW** the Plaintiff Joshua Williams**,** by and through his attorneys, Mark T. Schoenhofer and Kurt P. Kerns, and moves this Court for leave to dismiss this case with prejudice.

Respectfully submitted,

/s/ Mark T. Schoenhofer
Mark T. Schoenhofer, Kan. Sup. Ct. No. 15781
Attorney for Plaintiff
1631 E. 1st Street
Wichita, Kansas 67214
(316) 262-5400
Fax: 316-262-1787

1

## CERTIFICATE OF SERVICE

The undersigned certifies that this following motion was filed, using ECF filing system, which will send notice and a copy of the same to the parties.

*/s/ Mark T. Schoenhofer*
MARK T. SCHOENHOFER (Kan. Bar.# 15781)